UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN D. OLIVE,<br><br>    Plaintiff,<br><br>    v.<br><br>S. LOPEZ, et al.,<br><br>    Defendants. | **CASE NO. 1:16-cv-00427-AWI-MJS (PC)**<br><br>**ORDER STRIKING ECF NO. 9**<br><br>**(ECF No. 9)** |

    Plaintiff Damien D. Olive, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 29, 2016.

    On July 18, 2016, the Court prepared Findings and a Recommendation in another, unrelated case, Quiroga v King, case no. 1:16-cv-01697-AWI-MJS (PC), and **erroneously issued** them as ECF No. 9 in the instant case and bearing the case number of this case.

    ECF No. 9 having been filed in error, it is hereby STRIKEN FROM THE RECORD of this case.

IT IS SO ORDERED.

Dated:   July 22, 2016                  /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE