UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN DWAYNE OLIVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. LOPEZ, et al.,<br><br>　　　　Defendants. | **CASE NO. 1:16-cv-00427-AWI-MJS (PC)**<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE IN LIGHT OF VOLUNTARY DISMISSAL AND ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. Nos. 11, 13) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff has declined Magistrate Judge jurisdiction. (ECF No. 5.) No other parties have appeared. On October 3, 2016, Plaintiff filed a motion seeking to voluntarily dismiss his case. (ECF No. 13.) The Court construes this motion as a notice of voluntary dismissal.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a Court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Plaintiff's October 3, 2016 notice is sufficient under Rule 41.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1)(A)(i) notice of voluntary dismissal without prejudice; and

2. The Court declines to adopt the Findings and Recommendation issued on July 28, 2016, as those Findings are now moot.

IT IS SO ORDERED.

Dated:　October 12, 2016　　　　　　　　　　／s／ _____

　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE